**FILED**
CLERK, U.S. DISTRICT COURT

8/11/2023

CENTRAL DISTRICT OF CALIFORNIA
BY: ___JB___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2023 Grand Jury

| UNITED STATES OF AMERICA, | CR  2:23-cr-00400-WLH |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 39A: Aiming a Laser Pointer at an Aircraft] |
| CESAR GOMEZ, | |
| Defendant. | |

The Grand Jury charges:

[18 U.S.C. § 39A]

On or about July 8, 2023, in Los Angeles County, within the Central District of California, defendant CESAR GOMEZ knowingly aimed the beam of a laser pointer at an aircraft, namely, an Airbus model AS350 B2 helicopter, tail number N956LA, owned and operated by the Los Angeles County Sheriff's Department, in the special aircraft

//

//

jurisdiction of the United States, and in the flight path of said aircraft.

                                        A TRUE BILL

                                             /S/
                                        Foreperson

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

IAN V. YANNIELLO
Assistant United States Attorney
Deputy Chief, General Crimes Section

SARAH S. LEE
Assistant United States Attorney
General Crimes Section